IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. JENKINS | PETITIONER |
| VERSUS | CIVIL ACTION NO. 1:09cv355HSO-JMR |
| STATE OF MISSISSIPPI, ET AL. | RESPONDENTS |

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on January 29, 2010 [13-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, the Motion to Dismiss filed August 27, 2009, [9-1] should be and hereby is **GRANTED,** and Jenkins' §2254 Petition is hereby dismissed.

**SO ORDERED AND ADJUDGED**, this the 29th day of March, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE